**Exhibit A to the Complaint**

**Location:** Broadview Heights, OH  **IP Address:** 99.183.188.199
**Total Works Infringed:** 50  **ISP:**  AT&T Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B6034E88AA946AC6E262536964A90DD8DEF7B94F | 07/18/2025 10:55:27 | Blacked | 07/17/2025 | 07/22/2025 | PA0002541664 |
| 2 | 5E2CB5E803A5FDBC46E4F22E5016E0AF4B5F0A45 | 07/07/2025 11:36:54 | Milfy | 07/02/2025 | 07/08/2025 | PA0002539167 |
| 3 | 600295BDDF322F0B3325D35168B5C68D2C2FD880 | 06/30/2025 11:23:34 | Vixen | 06/27/2025 | 07/08/2025 | PA0002539153 |
| 4 | 21591D01080B35D5FE492CADD89804B0451DAA28 | 06/30/2025 10:59:01 | Blacked Raw | 06/25/2025 | 07/08/2025 | PA0002539162 |
| 5 | E38350F90CA3558234F532417F14645950355A06 | 01/31/2025 12:20:17 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 6 | 2D8479FAA98AA2B259AB7AE75229FDD6B303CA2A | 11/25/2024 17:05:31 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 7 | 32ECF31DFF5F4B09C5CA42363841D43E20323E7C | 10/14/2024 11:03:48 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 8 | 177a4f8e4036b8d3210a8a37f3b643147ea8b4fe | 10/08/2024 19:00:53 | Blacked Raw | 09/16/2024 | 10/16/2024 | PA0002494705 |
| 9 | c2527e295e55e6f2aeed756ad87ac3ad6e7600c3 | 10/08/2024 10:37:23 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 10 | d8b39e45df08fdac11296c1ea6961562f8d2d3a8 | 09/24/2024 14:55:33 | Blacked | 07/18/2020 | 08/11/2020 | PA0002252258 |
| 11 | 6f111a2cf2ed8ad64e3f3b4a8ad48112d2b766e5 | 09/02/2024 21:30:07 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 12 | 1543195513d6f5e2a831a19eb53b0eb44d9f1657 | 08/06/2024 18:53:04 | Vixen | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 13 | 1c82598aaaab29a63babef29dc134a6b274f7edd | 08/04/2024 20:19:15 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 14 | 408eb05d531a564586affac458d5c1585ea0de9a | 08/04/2024 10:01:18 | Vixen | 03/19/2021 | 04/14/2021 | PA0002286735 |
| 15 | 508f37fc72e0fc3ee38744389833fba46c98f14c | 08/04/2024 06:40:27 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 16 | e2edd22b625b43fafdec17b71dea4c799a58c9ab | 08/03/2024 21:41:40 | Tushy | 12/12/2021 | 02/03/2022 | PA0002341808 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1f9f5f74d4ffd867366c41f5eaad4c37a91dcd3d | 08/03/2024 15:08:45 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 18 | 1d34460d3aa3f453a537fda25ec22480db2daa8e | 08/03/2024 12:57:34 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |
| 19 | 2925395b84df508f891ea125dc5d00343446e691 | 08/02/2024 02:21:56 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 20 | 3ee460d43159c2c4c8745aa8e44777ab7606f11e | 08/01/2024 23:33:07 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 21 | 5c497544bd7ce00bc3f547d0cde9b463280dd4f3 | 08/01/2024 05:13:43 | Vixen | 09/24/2021 | 11/11/2021 | PA0002321289 |
| 22 | d4c4f2e93f58ee586fcfba4a3034783cb97e59ae | 07/31/2024 21:56:09 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 23 | fedb1b204d07cbf72e6116f6d757aa251ba01c3d | 07/31/2024 13:43:07 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 24 | 08ed1cb13056980515157ad1d6cba063fef4a591 | 07/30/2024 18:35:20 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 25 | aa7fc9cd5abe9f287015984cfa735bdf548a8d83 | 07/30/2024 03:11:48 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |
| 26 | e62a57e5d7eb9ebc30bc3f00ab989514caf06836 | 07/29/2024 06:17:59 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 27 | 580f1c9fa6a615d2f60bd8843a68857488e21834 | 07/28/2024 21:19:23 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 28 | 358607127f1584c8bf3dae7d9b6de79ba4fbb7e7 | 07/28/2024 11:02:21 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 29 | 2cdfe785783d2a284495783a204e2f9e4105677d | 07/28/2024 05:14:57 | Vixen | 08/28/2020 | 09/22/2020 | PA0002265876 |
| 30 | 897569f931eb1a6e87ffe68a98cc8a45d7d3c642 | 07/28/2024 03:53:52 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 31 | cc3182c473a47c3cab8aa6d3dd33b4e0cd8701ec | 07/28/2024 02:52:56 | Vixen | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 32 | 98c1c85005554f78a8cfa0b516a24c01a3d2f45f | 07/28/2024 01:38:06 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 33 | 8c72e5543ad91bfb5fa6d56c215c58b0ba746cf3 | 07/27/2024 16:01:14 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 34 | c50eade9ffd8f0cffde70a011af2eb3dbbf102a7 | 07/26/2024 21:04:57 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 6129f5c45914998ecc6d32bba53e60026d0ed761 | 07/25/2024 12:42:36 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 36 | 9b807630c7040c594e8f47e791788847e552fd56 | 07/25/2024 04:08:55 | Vixen | 12/30/2022 | 01/10/2023 | PA0002389585 |
| 37 | 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61 | 06/19/2024 11:01:27 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 38 | 0A530C5A7096AE35965FB7739D77CEA092059F59 | 05/28/2024 11:28:48 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 39 | 5ECA08F470927C42D7518CCF7A23C76025A5F474 | 05/28/2024 11:24:08 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 40 | 2E5920783795D9407FECAE9B09916066F0481F72 | 04/26/2024 11:17:58 | Milfy | 04/17/2024 | 06/24/2024 | PA0002477490 |
| 41 | CB8ED1D5CD56FFB9F1028070351681C5891B0E9B | 04/02/2024 11:04:28 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 42 | 2FAA9CF95C08A30B95D65FBACE405ABB337CBFB0 | 04/02/2024 11:03:54 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 43 | 213DF7D1428C1419F9A8A1CBEF12F4E97382EB80 | 03/04/2024 12:23:05 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 44 | 6F0B2ACE5CE7861312B63BA70170C991E3A25B73 | 02/26/2024 12:15:09 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 45 | f79ac9593327919a72e7b52694eead258f5f9260 | 02/13/2024 20:12:59 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 46 | 567220FEEDEA4E0F81DADC33654A625F2ACDCC36 | 01/24/2024 12:34:07 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 47 | dcba4482aa0e3de1a86a7a7ee627174922ac90c8 | 11/26/2023 18:37:59 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 48 | 4847EBFD7603247D5A38283D727EFCCDDA24EC02 | 08/22/2023 11:26:37 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 49 | 5C33F19BCA7CAD3651AA8B7B355751DC262386DD | 07/24/2023 16:10:17 | Vixen | 07/21/2023 | 08/17/2023 | PA0002425767 |
| 50 | 60bccbb0ac4cbff8ff0ba4fcbd32e5fa3baadd16 | 03/27/2023 11:13:55 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |